THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* JULIUS MADIA, Appellant.

Argued October 28, 1938; decided November 29, 1938.

*Sol A. Klein* and *Abraham H. Kesselman* for appellant.

*William F. X. Geoghan, District Attorney* (*Edward H. Levine, Henry J. Walsh* and *Julius Helfand* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.